UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22510

PATRICIA DEROSA aka PATRISIA DURAN,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC,

    Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff Patricia Derosa aka Patrisia Duran ("Plaintiff"), by and through undersigned counsel, discloses the following pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties:

    1.    Any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to party in the above captioned case:

    (a)    Patricia Derosa aka Patrisia Duran;

    (b)    Plaintiff's attorney, The Law Offices of Jibrael S. Hindi, PLLC;

    (c)    Plaintiff's attorney, Jibrael S. Hindi, Esq.;

    (d)    Plaintiff's attorney, Thomas J. Patti, Esq.;

    (e)    Healthcare Revenue Recovery Group, LLC;

    (f)    Defendant's attorney, Shepard, Smith, Kohlmyer & Hand, P.A.; and

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(g)     Defendant's attorney, Ernest Henry Kohlymer, III., Esq.

DATED: July 16, 2021

          Respectfully Submitted,

          /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 16, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

          /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

Case 1:21-cv-22510-JEM   Document 3   Entered on FLSD Docket 07/16/2021   Page 2 of 2

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com