UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22510-JEM

PATRICIA DEROSA *also known as* PATRISIA DURAN,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC,

    Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Patricia Derosa *also known as* Patrisia Duran ("Plaintiff"), by and through undersigned counsel, discloses the following pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties:

1.    Any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to party in the above captioned case:

    (a)    Patricia Derosa *also known as* Patrisia Duran;

    (b)    Plaintiff's attorney, The Law Offices of Jibrael S. Hindi, PLLC;

    (c)    Plaintiff's attorney, Jibrael S. Hindi, Esq.;

    (d)    Plaintiff's attorney, Thomas J. Patti, Esq.;

    (e)    Healthcare Revenue Recovery Group, LLC;

    (f)    Defendant's attorney, Shepard, Smith, Kohlmyer & Hand, P.A.; and

    (g)    Defendant's attorney, Ernest Henry Kohlmyer, III, Esq.

DATED: July 19, 2021

> Respectfully Submitted,
>
> /s/ Thomas J. Patti
> **THOMAS J. PATTI, ESQ.**
> Florida Bar No.: 118377
> E-mail: tom@jibraellaw.com
> **JIBRAEL S. HINDI, ESQ.**
> Florida Bar No.: 118259
> E-mail: jibrael@jibraellaw.com
> The Law Offices of Jibrael S. Hindi
> 110 SE 6th Street, Suite 1744
> Fort Lauderdale, Florida 33301
> Phone:    954-907-1136
> Fax:    855-529-9540
>
> *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 19, 2021, the forgoing was filed electronically via the Court's CM/ECF system on all counsel of record.

> /s/ Thomas J. Patti
> **THOMAS J. PATTI, ESQ.**
> Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com