**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:21-cv-22510-JEM

PATRICIA DEROSA,

    **Plaintiff**,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    **Defendant**.
_____/

**NOTICE OF SCRIVENER'S ERROR**
**PLAINTIFF'S SUPPLEMENTAL AUTHORITY**

Plaintiff Patricia DeRosa submits this Notice of Scrivener's Error with respect to the Notice of Supplemental Authority [D.E. 22] submitted in support of Plaintiff's Response in Opposition [D.E. 21] to Defendant's Motion for Judgment on the Pleadings.

The case citation of the supplemental authority proffered by Plaintiff is incorrect. The correct citation of the supplemental authority is <u>Grant v. Healthcare Revenue Recovery Group, LLC</u>, *Case 8:21-cv-01977-TPB-CPT* (M.D. Fla. Sep. 23, 2021) (Barber, T).

Dated: September 28, 2021

                                                                   Respectfully Submitted,

                                                                   /s/ Thomas J. Patti
                                                               **THOMAS J. PATTI, ESQ.**
                                                               Florida Bar No.: 118377
                                                               E-mail:   tom@jibraellaw.com
                                                               The Law Offices of Jibrael S. Hindi
                                                                110 SE 6th Street, Suite 1744
                                                                Fort Lauderdale, Florida 33301
                                                                Phone:    561-542-8550

                                                                *COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com